Dear Judge Jung,

My name is Tina Talbott, and I am writing this letter on behalf of Stephen Sherlock, who is my younger brother by 14 months. Due to the proximity of our ages, Stephen and I shared our school years together and often had the same circle of friends here in Ohio. Stephen's last trip to Ohio was spent attending our class reunions together and we had an amazing time reconnecting with friends we stayed in touch with and some we had not seen for years. At that time, Stephen and I spoke of him returning "home" to Ohio at some point. He moved to Florida several years ago with our Mother, but Ohio will always be "home." I know that he is before you for his sentencing, and I am aware of his drug-related charges. I cannot change what he has done; and I also know that you as the judge must look at those charges, look at the victims of those charges, and look at his life prior to his incarceration. All that I can do for his sentencing is briefly tell you in this letter some of the positive things about Stephen, as I cannot be there in person as I am in Ohio and my work schedule does not allow me to take time off during this time of year. I want to express what I hope can be the outcome of his sentencing.

I wish that you could know the Stephen that I know and not the Stephen that presents before you for sentencing. Stephen is a person who no matter what was happening around him always made sure that our Mom was taken care of in Florida: as my sister and I reside in Ohio. Stephen was there when we could not be, for Dr. appointments, emergencies, surgeries, to take her to church and to handle anything else that came up. Stephen had been her primary care person for the past several years and we never worried about things not being handled because he was always there, willing to do what needed to be done, no matter what. Stephen is a man who loves his family. Stephen is a man who was going to church, preaching to his friends and family , and a man who prayed daily. Somewhere on his path through life, he went astray and fell into darkness. Stephen has always battled his own demons, alcohol was his first, followed by drugs. When Stephen is "clean" he is a completely different person that the person who received these charges. I have a lot of personal guilt about not being able to save him from going down the path that led him to where he is today. I had no idea how bad things were. We all make choices in life, and this choice is one that now fills him with regret and his family with sadness. I feel that Stephen truly regrets the bad decisions he made. I send him books often and the books he chooses are books about addiction, about prayer, and some other novels to pass the time. We communicate as often as we can and some of those conversations are full of tears ; sadness and regret : as we all try to navigate through this phase of his life. I hope that you will allow Stephen to serve out his sentence near our Mother who resides in New Port Richey, Florida. She is 83 years old and not in the greatest of health. Her only hope of seeing Steve in the near future is if he is close enough for her to travel to him. I pray that you have mercy on him during sentencing and offer him a place that will assist Stephen with getting drug treatment , teach him skills to cope while there and also when he returns to life outside of prison. I want you to know that Stephen has a family that loves him very much. I personally have communicated to Stephen that when his time there is done, that he has a home here with me in Ohio; a fresh start , and he would be welcomed here with open loving arms and would abide by any and all restrictions of release. I would also bring our Mother as well, and our family would be together again.

Thank you for allowing me to share this.

Sincerely yours,

Tina Talbott
633 Ina Avenue Akron, OH 44306 (330) 415-9976
tinasherlocktalbott@gmail.com