Dear Judge William Jung,

My name is Tracie Stouffer , I am Steve Sherlock's youngest sister . I live in Woodsfield, Ohio and unfortunately can't be there for my brother's sentencing.

I am hoping you'll consider my relationship with my brother, and more importantly my 83 y/o mother who lives in New Port Richey . We haven't seen him in over a year, and I've been made aware of his drug related charges .

I appreciate you have the difficult job of deciding his punishment and I don't envy you for that . Please know regardless of his charges he was a great caregiver of my mom years prior to these charges. He took her to appointments, went to church with her, and he solely took great care of her with a rare diagnosis she had back in 2015 as they lived together. He's been a big brother I could always count on.

I'm hoping he can get the help he needs and you take all things in consideration. He's a good person , he's not a " thug" . We miss him terribly. And I'm hoping my mom especially can maintain her relationship with Steve. We're all wanting desperately to get things back in order again.

Thank you for taking the time to read this.

Sincerely,

Tracie Stouffer
(740) 885-8952