UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                     Case No. 8:22-cr-296-WFJ-NHA

STEPHEN SHERLOCK
    Defendant.
_____

## UNOPPOSED MOTION TO CONTINUE/RESCHEDULE SENTENCING (IN TRIAL)

COMES NOW the Defendant, STEPHEN SHERLOCK, by and through undersigned counsel and files this *Unopposed Motion to Continue/Reschedule Sentencing (in Trial)* briefly stating:

1. The underlying sentencing in this case is set for November 7, 2024. (Doc. 98).

2. Undersigned counsel, as well as counsel for the United States, will be in a drug conspiracy trial commencing on November 4, 2024.

3. Defendant respectfully moves to continue/reschedule the sentencing in Sherlock for perhaps November 14 or 15, 2024, or sometime shortly thereafter.

Respectfully submitted this 3rd day of November, 2024.

**IRVIN LAW FIRM**

*/s/ Grady C. Irvin, Jr.*
_____
Grady C. Irvin, Jr. (FBN: 6548)
507 W. Dr. M.L. King, Jr. Blvd. *(street)*
P.O. Box 4587 *(mailing)*
Plant City, Florida 33563
Telephone: 813.659.2000
grady@irvinattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2024 a true and correct copy of the foregoing was provided via CM/ECF to:

**Samantha Elizabeth Beckman, AUSA**

**IRVIN LAW FIRM**

*/s/Grady C. Irvin, Jr.*
_____
Grady C. Irvin, Jr.
FBN: 6548
P.O. Box 4587
Plant City, Florida  33563
Telephone: 813.659.2000
grady@irvinattorneys.com

2