UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                Case No. 8:22-cr-296-WFJ-NHA

STEPHEN SHERLOCK.
    Defendant.
_____

## WAIVER OF APPEAL

I, STEPHEN SHERLOCK, by my signature below hereby notifies the Honorable Court that I hereby expressly waive my right to appeal the underlying judgment and sentence in my case, as such was imposed and/or orally pronounced in open court on November 14, 2024.

Dated: __11__ / __19__ / __2024__
        MM  /  DD  /  YYYY

*Stephen R Sherlock*
STEPHEN SHERLOCK

NOV 25 2024 PM 1:23
FILED - USDC - FLMD - TPA