Stephen Shebeck
1906846
14400 49th St N
Clearwater FL
33762

Legal Mail

TAMPA FL 335
SAINT PETERSBURG FL
22 NOV 2024 PM 6 L

Clerk of Court
U.S. District Court
801 N. Florida Ave.
Tampa, Florida 33602

33602-380099